No. 83–6019.   MIRRIONE *v.* ANDERSON ET AL.   C. A. 2d Cir. Certiorari denied.

No. 83–6022.   MITCHELL *v.* UNITED STATES.   C. A. 6th Cir. Certiorari denied.

No. 83–6023.   SMITH *v.* UNITED STATES.   C. A. 9th Cir. Certiorari denied.

No. 83–6025.   UNDERWOOD *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 83–6031.   HOLLIS *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 83–6033.   TUGMAN ET AL. *v.* HECKLER, SECRETARY OF HEALTH AND HUMAN SERVICES.   C. A. 4th Cir.   Certiorari denied.

No. 83–6038.   RICHARDSON *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 83–6039.   JOHNSON *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 83–6046.   JANOE *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 83–6047.   PAYNE ET AL. *v.* ILLINOIS.   Sup. Ct. Ill.   Certiorari denied.

No. 83–6052.   PRICE ET AL. *v.* WASHINGTON STATE GAME DEPARTMENT.   Ct. App. Wash.   Certiorari denied.

No. 83–6060.   COX *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.

No. 83–6062.   BRIDGES *v.* UNITED STATES.   C. A. D. C. Cir. Certiorari denied.

No. 83–6064.   JONES *v.* METZ ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 83–6065.   KILLINGSWORTH *v.* UNITED STATES.   C. A. 11th Cir.   Certiorari denied.